FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 8:44 am, Sep 09, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTOPHER BARFIELD,

    Petitioner,

v.

LINDA GETER,

    Respondent.

CIVIL ACTION NO.: 2:20-cv-62

**O R D E R**

This matter is before the Court on Petitioner Christopher Barfield's ("Barfield") payment of the requisite filing fee after I issued a Report recommending dismissal of Barfield's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders, docs. 4, 6.  Doc. 7.  Thus, the Court **VACATES** the August 24, 2020 Report and Recommendation.

However, the Court notes this Report and Recommendation was returned as undeliverable with the notations: "Return to Sender, Refused, Unable to Forward."  Doc. 8.  The Court reminds Barfield of his responsibility to notify the Court, in writing, of any change in address.  Local R. 11.1.  If this Court's most recent mailing was returned as a result of Barfield's transfer to another facility and he failed to notify the Court of his change in address, as required, the Court will dismiss his Petition for failing to follow a Local Rule of this Court.  Barfield shall have 14 days to notify the Court of any change in his address or otherwise respond to this Order.  If Barfield fails to do so, the Court will also dismiss his Petition without prejudice for failing to

follow an Order of this Court.

**SO ORDERED**, this 9th day of September, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA